OPINION — AG — ** ORGAN TRANSPLANT — DONATION — AUTHORITY ** (1) THE ANATOMICAL BOARD, CREATED PURSUANT TO 63 O.S. 91 [63-91] TO 63 O.S. 100 [63-100], — AS AMENDED, HAS BEEN DELEGATED AUTHORITY ONLY TO RECEIVE, DISTRIBUTE AND FINALLY DISPOSE OF UNCLAIMED DEAD HUMAN BODIES REQUIRED TO BE BURIED AT PUBLIC EXPENSE USED FOR HEALTH SCIENCE EDUCATION AND MEDICAL RESEARCH. (2) THE ANATOMICAL BOARD MAY BECOME A DONEE OF AN ANATOMICAL GIFT BUT THE BOARD HAS NO STATUTORY AUTHORITY TO CONSENT OR OTHERWISE BECOME INVOLVED WITH THE DONATION OF BODIES OR PARTS THEREOF MADE FOR THERAPY, TRANSPLANTATION AND RESEARCH PURPOSES PURSUANT TO THE ANATOMICAL GIFT ACT, 63 O.S. 2201 [63-2201] — 63 O.S. 2209 [63-2209] (DONATION, ORGAN, HEART, KIDNEY) CITE: 63 O.S. 91 [63-91], 63 O.S.O.S. 92, 63 O.S. 94 [63-94], 63 O.S. 95 [63-95], 63 O.S. 97 [63-97], 63 O.S. 2204 [63-2204], 63 O.S. 2208 [63-2208] [63-2208], 63 O.S. 2211 [63-2211], 63 O.S. 2212 [63-2212] [63-2212] (OZELLA WILLIS)